UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| BALEY F. ALLRED III and<br>BRENDA L. ALLRED, | ) ) ) | | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | No.: | 3:15-CV-27-TAV-HBG |
| UNITED STATES OF AMERICA, | ) ) | | |
| Defendant. | ) | | |

## ORDER

For the reasons explained in the memorandum opinion filed contemporaneously with this order, the Court hereby **GRANTS** the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief May Be Granted [Doc. 7]. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
   CLERK OF COURT